Decided April 13, 2004

### AFSCME, COUNCIL 4, LOCAL 3144 *v.* CITY OF NEW HAVEN

The plaintiff's petition for certification for appeal from the Appellate Court, 81 Conn. App. 532 (AC 23347), is denied.

NORCOTT, J., did not participate in the consideration or decision of this petition.

*J. William Gagne, Jr.*, in support of the petition.

Decided April 13, 2004

### IN RE ALEXANDER T. ET AL.

The respondent mother's petition for certification for appeal from the Appellate Court, 81 Conn. App. 668 (AC 23673), is denied.

*Paul Chill*, in support of the petition.

*John E. Tucker*, assistant attorney general, in opposition.

Decided April 13, 2004